IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

NATIONAL ECOLOGICAL FOUNDATION,

    Plaintiff,

v.

NATIONAL WILDLIFE FEDERATION,
TENNESSEE CONSERVATION LEAGUE,
ENVIRONMENTAL DEFENSE FUND,

    Plaintiff-Interveners,

v.                        Civil Action No.: 78-2548 JDB sta

CLIFFORD ALEXANDER, JR., Secretary of
The United States Army, operating through THE
CORP OF ENGINEERS OF THE UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY; RAY BLANTON,
Governor of the State of Tennessee, Operating
Through THE OBION-FORKED DEER BASIN AUTHORITY;
THE TENNESSEE DEPARTMENT OF CONSERVATION; THE
TENNESSEE DEPARTMENT OF PUBLIC HEALTH, AND THE
TENNESSEE DEPARTMENT OF TRANSPORTATION,

    Defendants.

ORDER GRANTING ADDITIONAL TIME FOR UNITED STATES' RESPONSE


On motion fo the United States, the time allowed for its
response to the pending motion is extended by thirty (30) days, up
to and including November 16, 2005.

Judge J. Daniel Breen

Date: 10/4/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-7-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:78-CV-02548 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Sohnia W. Hong
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

West Tennessee Count
Tipton County Courthouse
P.O. Box 686
Covington, TN 38019

Charles F. Newman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Obion Forked Deer Ri
c/o Sam T. Lewis
105 Main St.
Box 849
Bells, TN 38006

Robert J. Walker
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

James T.B. Tripp
LAW OFFICE OF JAMES T.B. TRIPP
257 Park Ave. So.
New York, NY 10010

Honorable J. Breen
US DISTRICT COURT