UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| NATIONAL ECOLOGICAL FOUNDATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL WILDLIFE FEDERATION, *et al.*, | ) | Civil Action No. 78-2548-H |
| | ) | |
| Plaintiff-Intervenors, | ) | Judge Breen |
| | ) | |
| v. | ) | |
| | ) | |
| CLIFFORD ALEXANDER, JR., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ~~PROPOSED~~ ORDER

This matter is before the Court on the motion of National Ecological Foundation, National Wildlife Federation, Tennessee Conservation League (a/k/a Tennessee Wildlife Federation), and Environmental Defense Fund for an extension of time to and including November 17, 2005 to respond to the Motion for Clarification of May 13, 1985 Agreed Order Filed on Behalf of the West Tennessee River Basin Authority and the Tennessee Department of Environment and Conservation (the "Motion for Clarification"). It appearing to the Court that movants have obtained the agreement of the Tennessee Attorney General, as counsel for West Tennessee River Basin Authority and the Tennessee Department of Environment and Conservation and the motion otherwise being well-taken,

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-14-05

52

It is hereby ORDERED that National Ecological Foundation, National Wildlife Federation, Tennessee Conservation League, a/k/a Tennessee Wildlife Federation, and Environmental Defense Fund shall have to and including November 17, 2005 to respond to WTRBA's and TDEC's Motion for Clarification.

*[signature]*
J. Daniel Breen, United States District Judge

SUBMITTED FOR ENTRY:

*[signature]*
Robert J. Walker
John C. Hayworth
WALKER, BRYANT, TIPPS & MALONE
2300 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219
(615) 313-6000

*Attorneys for Plaintiff,*
*National Ecological Foundation*

*[signature]* Charles F. Newman (by JCH w/ permission)
Charles F. Newman
BURCH, PORTER & JOHNSON
130 North Court Square
Memphis, Tennessee 38103
(901) 524-5000

*Attorneys for Plaintiff-Interveners*
*National Wildlife Federation,*
*Tennessee Conservation League, a/k/a*
*Tennessee Wildlife Federation,*
*and Environmental Defense Fund*

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:78-CV-02548 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

John C. Hayworth
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

West Tennessee Count
Tipton County Courthouse
P.O. Box 686
Covington, TN 38019

Obion Forked Deer Ri
c/o Sam T. Lewis
105 Main St.
Box 849
Bells, TN 38006

Robert J. Walker
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

James T.B. Tripp
LAW OFFICE OF JAMES T.B. TRIPP
257 Park Ave. So.
New York, NY 10010

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles F. Newman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Sohnia W. Hong
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable J. Breen
US DISTRICT COURT