UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| NATIONAL ECOLOGICAL FOUNDATION, | |
| Plaintiff, | |
| v. | |
| NATIONAL WILDLIFE FEDERATION, *et al.*, | Civil Action No. 78-2548-~~H~~ B |
| Plaintiff-Intervenors, | Judge Breen |
| v. | |
| CLIFFORD ALEXANDER, JR., *et al.*, | |
| Defendants. | |

### [~~Proposed~~] Order

This matter is before the Court on the motion of the West Tennessee River Basin Authority ("WTRBA") and the Tennessee Department of Environment and Conservation ("TDEC"), acting through the Tennessee Attorney General and Reporter, for clarification of a May 13, 1985 Agreed Order entered in this matter. The Court, having considered the motion, the responses to the motion filed by other parties to this matter, and the record as a whole, has determined that the Stokes Creek Demonstration Project proposed by WTRBA is within the United States Army Corps of Engineers' authorized West Tennessee Tributaries Project and that, accordingly, WTRBA's and TDEC's motion should be DENIED.

It is so ORDERED.

J. Daniel Breen, United States District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:78-CV-02548 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

John C. Hayworth
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Sohnia W. Hong
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles F. Newman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

James T.B. Tripp
LAW OFFICE OF JAMES T.B. TRIPP
257 Park Ave. So.
New York, NY 10010

West Tennessee Count
Tipton County Courthouse
P.O. Box 686
Covington, TN 38019

Obion Forked Deer Ri
c/o Sam T. Lewis
105 Main St.
Box 849
Bells, TN 38006

Robert J. Walker
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT