UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -7 AM 10: 59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| NATIONAL ECOLOGICAL FOUNDATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| NATIONAL WILDLIFE FEDERATION, et al., | ) |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| CLIFFORD ALEXANDER, JR., et al., | ) |
| Defendants. | ) |

78-2548-B

~~PROPOSED~~ ORDER

This matter is before the Court on the motion of Defendants, West Tennessee River Basin Authority (WTRBA) and the Tennessee Department of Environment and Conservation (TDEC) for an extension of time up to and including December 14, 2005, to file a motion to alter or amend the Court's November 23, 2005 Order denying their Motion for Clarification of May 13, 1985 Agreed Order. It appearing to the Court that movants have obtained the agreement of counsel for Plaintiff, National Ecological Foundation, and Plaintiff-Interveners, National Wildlife Federation, Tennessee Wildlife Federation, Environmental Defense Fund, and Defendants, U.S. Corps of Engineers and Environmental Protection Agency and the motion otherwise being well-taken,

It is hereby ORDERED that WTRBA and TDEC shall have to and including December 14, 2005 to file a motion to alter or amend judgment.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-7-05

62

_____
J. Daniel Breen, United States District Judge

SUBMITTED FOR ENTRY:

_____
Sohnia W. Hong
Senior Counsel
Office of the Attorney General
Environmental Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 741-2379

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:78-CV-02548 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

John C. Hayworth
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Sohnia W. Hong
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

West Tennessee Count
Tipton County Courthouse
P.O. Box 686
Covington, TN 38019

Obion Forked Deer Ri
c/o Sam T. Lewis
105 Main St.
Box 849
Bells, TN 38006

Robert J. Walker
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

James T.B. Tripp
LAW OFFICE OF JAMES T.B. TRIPP
257 Park Ave. So.
New York, NY 10010

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles F. Newman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT